# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL P. MARTIN

VERSUS

DQSI, LLC, SHELLY S. STUBBS
AND MICHAEL A. STUBBS

NO.  2021 CW 0461

**JULY 20, 2021**

---

In Re:    Daniel P. Martin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2016-15179.

---

**BEFORE:    WHIPPLE, C.J., WELCH, THERIOT, WOLFE AND HESTER, JJ.**

**WRIT GRANTED.**  The defendants, DQSI, LLC, Shelly S. Stubbs, PhD., and Michael Stubbs, filed exceptions of res judicata and preclusion by judgment, arguing plaintiff, Daniel P. Martin's, claims in this matter are barred based on the dismissal of his prior lawsuit, captioned **Daniel P. Martin v. Shelly Stubbs and DQSI, LLC**, 22nd Judicial District Court, Parish of St. Tammany, trial court docket no. 2012-15262, Div. "C" (hereinafter "2012 suit").  On March 15, 2021, the trial court signed a written judgment partially granting defendants' exceptions of res judicata and preclusion by judgment, and dismissing with prejudice plaintiff's claims, except his breach of contract and derivative action claims alleged to have occurred after the March 27, 2013 dismissal of plaintiff's 2012 suit against defendants.  However, the March 27, 2013 judgment dismissed plaintiff's 2012 suit "without prejudice."  As provided in La. Code Civ. P. art. 1673, "[a] judgment of dismissal without prejudice shall not constitute a bar to another suit on the same cause of action."  See **Batson v. Cherokee Beach & Campgrounds, Inc.**, 530 So.2d 1128, 1129 (La. 1988).  Accordingly, the portion of the trial court's March 15, 2021 judgment granting, in part, defendants' exceptions of res judicata and preclusion by judgment is reversed.  The exceptions of res judicata and preclusion by judgment filed by defendants are denied.

**VGW**
**JEW**
**MRT**
**CHH**


    **Wolfe, J.,** dissents and would deny the writ as the criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.


COURT OF APPEAL, FIRST CIRCUIT

 DEPUTY CLERK OF COURT
     FOR THE COURT